**Order entered March 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01546-CV

### OKLAHOMA SURETY COMPANY, Appellant

### V.

### STEVE NOVIELLO, ASSIGNEE OF METRO TOWNHOMES & HOMES, INC. AND METRO TOWNHOMES LIMITED PARTNERSHIP, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00335**

## ORDER

We **GRANT** appellee's March 10, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file his brief on or before **April 21, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ADA BROWN
        JUSTICE